1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2793

FILED
AUG 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No. 2:07-CR-366 GEB |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| DONALD FRED NEUHAUS, KIMBERLY SNOWDEN, ROBERT EBERLE, BARBARA EBERLE, CLIFFORD PALM, ROBERT KOPPEL, DAVID GOLDENBERG, and MARK ERIC WOLOK, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Arrest Warrants, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant in this case or further order of this Court, with the exception that the government be allowed to inform SEC attorneys of the indictment.

DATED: 8/22/07

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge