UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 23, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-07-0366 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DONALD FRED NEUHAUS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD FRED NEUHAUS  , Case No. CR. S-07-0366 GEB  , Charge  Title 18 USC § 1341  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  . Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _1,000,000 as temporary condition_

_X_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other)  _As indicated on records_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on  _August 23, 2007_  at  _3:40_  pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge