IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-366-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-RELATED CASE ORDER |
| | ) | |
| DONALD FRED NEUHAUS; KIMBERLY SNOWDEN; ROBERT EBERLE; BARBARA EBERLE; CLIFFORD PALM; ROBERT KOPPEL; DAVID GODLENBERG; and MARK ERIC WOLOK, | ) ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | 2:07-mc-025-FCD-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES SECURITY AND EXCHANGE COMMISSION, | ) ) | |
| | ) | |
| Respondent. | ) | |
| SECURITIES AND EXCHANGE | ) | 2:07-cv-1724-LEW-CMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SECURE INVESTMENT SERVICES, INC.; AMERICAN FINANCIAL SERVICES, INC.; LYNDON GROUP, INC.; DONALD F. NEUHAUS; and KIMBERLY A. SNOWDEN, | ) ) ) ) | |
| Defendants. | ) | |

Since it has not been shown that the above-captioned actions are related within the meaning of Local Rule 83-123, or that assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort or other economies, the undersigned judge declines to relate the actions at this time.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge