```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-07-366 GEB |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF |
| v. | DISCOVERY DOCUMENTS CONTAINING ALLEGED VICTIMS NAMES AND |
| DONALD FRED NEUHAUS, KIMBERLY SNOWDEN, ROBERT EBERLE, BARBARA EBERLE, CLIFFORD PALM, ROBERT KOPPEL, DAVID GOLDENBERG, and MARK ERIC WOLOK, | PERSONAL IDENTIFYING INFORMATION |
| Defendants. | |

 IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Matthew Stegman, Assistant U.S. Attorney, representing plaintiff United States of America, and the undersigned counsel for defendants, that the documents provided as discovery in the above entitled case to defense counsel which contain names and personal identification information such as addresses, social security numbers, and other personal identifying information of alleged victims of mail fraud and securities fraud are subject to a Protective Order and that by signing this Stipulation and Protective

Order, counsel agree not to share any such documents that contain personal identification information contained in these documents with anyone other than defense counsel and their designated defense investigators and support staff.  Any pages of discovery that do not contain personal identification information, or contain only victim names, but no additional personal identifying information, are not subject to this order.

Defense counsel may permit defendants to view the documents in the presence of his or her attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy, by any means, the personal identification information contained in the discover, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.  It is further agreed that no other persons shall be allowed to examine these documents unless authorized by further order of this Court.

DATED: October 9, 2007                    McGregor W. Scott
                                              United States Attorney

                                         By:   /s/ Matthew Stegman
                                                  MATTHEW STEGMAN
                                                  Assistant U.S. Attorney

DATED: October 9, 2007       By:   /s/ Bruce Locke
                                                 BRUCE LOCKE
                                                 Counsel for defendant
                                                 Donald Fred Neuhaus

DATED: October 9, 2007       By:   /s/ Scott L. Tedmon
                                                 SCOTT L. TEDMON
                                                 Counsel for defendant
                                                 Kimberly Snowden

```
DATED: October 9, 2007        By:   /s/ Patrick K. Hanley
                                    PATRICK K. HANLEY
                                    Counsel for defendant
                                    Robert Eberle

DATED: October 9, 2007        By:   /s/ William J. Portanova
                                    WILLIAM J. PORTANOVA
                                    Counsel for defendant
                                    Barbara Eberle

DATED: October 9, 2007        By:   /s/ James R. Greiner
                                    JAMES R. GREINER
                                    Counsel for defendant
                                    Clifford Palm

DATED: October 9, 2007        By:   /s/ David J. Cohen
                                    DAVID J. COHEN
                                    Counsel for defendant
                                    David Goldenberg

DATED: October 9, 2007        By:   /s/ Robert J. Peters
                                    ROBERT J. PETERS
                                    Counsel for defendant
                                    Mark Eric Wolok
```

**IT IS SO ORDERED:**

DATED:   October 12, 2007.

_____
U.S. MAGISTRATE JUDGE