IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)  2:07-CR-366-GEB
     Plaintiff,)
)
  v.)  ORDER
)
DONALD FRED NEUHAUS; KIMBERLY)
SNOWDEN; ROBERT EBERLE; BARBARA)
EBERLE; CLIFFORD PALM; ROBERT)
KOPPEL; DAVID GODLENBERG; and)
MARK ERIC WOLOK,)
)
     Defendants.)

Nancy E. Rutledge, Esq., is hereby appointed to serve as the Discovery Coordinator Attorney in this case. Ms. Rutledge, counsel for the Government, and counsel for each defendant shall meet to discuss and plan management of discovery by November 2, 2007. Ms. Rutledge shall have the authority to discuss discovery plans and make recommendations to the parties concerning the efficiency and cost effectiveness of discovery methods.

///

///

1

Ms. Rutledge can be contacted at cjabudgeting@ce9.uscourts.gov or (415) 355-8982.

IT IS SO ORDERED.

Dated: October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge