```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-07-366 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE |
| ) | ALLOWING DEFENDANT NEUHAUS TO |
| v. ) | SELL HIS HOUSE SO LONG AS FUNDS |
| ) | ARE HELD BY RECEIVER MICHAEL |
| DONALD FRED NEUHAUS, ) | QUILLING |
| KIMBERLY SNOWDEN, ) | |
| ROBERT EBERLE, ) | |
| BARBARA EBERLE, ) | |
| CLIFFORD PALM, ) | |
| ROBERT KOPPEL, ) | |
| DAVID GOLDENBERG, and ) | |
| MARK ERIC WOLOK, ) | |
| ) | |
| Defendants. ) | |

On August 27, 2007, the Honorable Dale A. Drozd ordered that defendant Donald Fred Neuhaus remain on pretrial release with conditions, including that he post a $1 million unsecured bond. The court further ordered that within 3 weeks of that appearance the defendant secure his bond to the amount of the full equity remaining in his house or explain to the Court why this is not possible in light of a restraining order issued in the case of <u>Securities and Exchange Commission v. Secure Investment Services, Inc., et al.</u>, 07-CV-01724-LEW-CMK.[1]  After discussions between counsel for

---

[1] <u>SEC v. SIS</u> is a related civil action filed by the SEC against defendants Neuhaus, Snowden, and three corporations they controlled.

1

defendant Neuhaus and court appoint receiver Michael Quilling in the SEC case, and in consultation with the SEC and the United States Attorney's Office, all parties agree that defendant Neuhaus be allowed to sell his house so long as the proceeds are held by the receiver, Michael Quilling, until further court order.

Therefore, IT IS HEREBY STIPULATED AND AGREED among the parties, by Matthew Stegman, Assistant U.S. Attorney, representing plaintiff United States of America, and Bruce Locke, counsel for defendant Donald Fred Neuhaus, that defendant Donald Fred Neuhaus not be prohibited by any pretrial conditions of release imposed in this case from selling his residence located at 7783 Churn Creek Road, Redding, Shasta County, California, and that subject to approval by United States District Court Judge Ronald Lew in <u>Securities and Exchange Commission v. Secure Investment Services, Inc., et al.</u>, 07-CV-01724-LEW-CMK, defendant Neuhaus may sell the residence at 7783 Churn Creek Road, so long as all proceeds are paid to the receiver and all proceeds are held by the receiver until further court order.

DATED: October 31, 2007  McGregor W. Scott
United States Attorney

By: /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

DATED: October 31, 2007   By: /s/ Bruce Locke
BRUCE LOCKE
Counsel for defendant
Donald Fred Neuhaus

**IT IS SO ORDERED:**

DATED: October 31, 2007.

_____
U.S. MAGISTRATE JUDGE