IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-366-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SEALING ORDER |
| | ) | |
| DONALD FRED NEUHAUS; KIMBERLY SNOWDEN; ROBERT EBERLE; BARBARA EBERLE; CLIFFORD PALM; ROBERT KOPPEL; DAVID GODLENBERG; and MARK ERIC WOLOK, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Since the attached documents concern a matter involving the Criminal Justice Act, they shall be filed under seal and served only on the following attorneys: Bruce Locke, Scott L. Tedmon, Robert J. Peters, and James R. Greiner. This single page sealing order shall be filed on the public docket and a copy of it shall be appended to the documents ordered sealed.

IT IS SO ORDERED.

Dated: December 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1