```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2973
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-07-366 GEB |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS INDICTMENT |
| DONALD FRED NEUHAUS, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the indictment filed against defendant DONALD FRED NEUHAUS on August 22, 2007. The government has received a certified copy of the death certificate of defendant DONALD FRED NEUHAUS indicating that defendant died on November 27, 2007. Accordingly, the government moves to dismiss all charges against DONALD FRED NEUHAUS in the pending Indictment.

DATED: January 16, 2008                MCGREGOR W. SCOTT
                                       United States Attorney


                                  By:  /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

1

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that all charges against DONALD FRED NEUHAUS in the pending indictment filed on August 22, 2007, be hereby DISMISSED.

IT IS SO ORDERED.

Dated: January 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge