IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>KIMBERLY SNOWDEN; ROBERT EBERLE;<br>BARBARA EBERLE; CLIFFORD PALM;<br>ROBERT KOPPEL; DAVID GODLENBERG;<br>and MARK ERIC WOLOK,<br><br>        Defendants. | 2:07-cr-00366-GEB<br><br><br><u>RELATED CASE ORDER</u> |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>SECURE INVESTMENT SERVICES, INC.;<br>AMERICAN FINANCIAL SERVICES, INC.;<br>LYNDON GROUP, INC.; LINDA NEUHAUS,<br>as Administrator and Personal<br>Representative of the Estate of<br>Donald F. Neuhaus, deceased, and<br>KIMBERLY A SNOWDEN,<br><br>        Defendants. | 2:07-cv-01724-LEW-CMK |

On August 23, 2007, Plaintiff Securities and Exchange Commission ("Plaintiff") filed a Notice of Related Case document in which it asserted that the civil action designated as 07-cv-01724-LEW-CMK is potentially related to the above captioned criminal action. On August 27, 2007, Plaintiff filed a Supplement to Notice of Related

1

Case document, wherein Plaintiff stated that a change in circumstances meant that judicial efficiency would no longer result from relating the cases and having the cases assigned to a single judge. Since the visiting judge to whom the civil action was assigned will discontinue visiting to handle that action, the Notice of Related Case matter is reconsidered, and it is determined that the above-captioned actions are related. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 07-cv-01724-LEW-CMK is reassigned to Judge Garland E. Burrell, Jr., for all further proceedings. Henceforth, the case designation on documents filed in the reassigned case shall be shown as 07-cv-01724-GEB-CMK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

A status (pretrial scheduling) conference in the reassigned case shall be held on June 9, 2008 at 9:00 a.m. The parties in the reassigned case filed a "Joint Status Report and Statement Re Rule 26(f) Discovery Conference" on March 7, 2008, in which trial dates are proposed, but other typically proposed scheduling dates are not proposed. Therefore, these parties shall file another Joint Status Report no later than fourteen (14) days prior to the June 9 status conference, in which they provide more specific scheduling dates.

Dated: April 24, 2008

GARLAND E. BURRELL, JR.
United States District Judge

3