UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-366-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIMBERLY SNOWDEN; ROBERT EBERLE; | ) | |
| BARBARA EBERLE; CLIFFORD PALM; | ) | |
| ROBERT KOPPEL; DAVID GODLENBERG; | ) | |
| and MARK ERIC WOLOK, | ) | |
| | ) | |
| Defendants. | ) | |

Since I did not intend to have docket no. 121 filed and inadvertently allowed this filing, docket no. 121 shall be withdrawn from the docket and shredded. See generally CBS, Inc. v. United States Dist. Court for Cent. Dist., 765 F.2d 823, 825-26 (9th Cir. 1985) (indicating that an improvidently-filed document could be removed from the record).

IT IS SO ORDERED.

Dated: September 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge

1