UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-cr-366-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CJA RESPONSE |
| KIMBERLY SNOWDEN; ROBERT EBERLE; BARBARA EBERLE; CLIFFORD PALM; ROBERT KOPPEL; DAVID GODLENBERG; and MARK ERIC WOLOK, | ) | |
| Defendants. | ) | |

On September 8, 2008, the three Criminal Justice Act ("CJA") appointed counsel in this action submitted two separate advanced authorizations for expenditures under the CJA, which contain needless duplication. The sections in each separate document titled "Relevance of the Documents to the criminal charges in the Indictment" have several pages of identical paragraphs; thus, requiring a reviewing judge to read the same exact text twice (I have done this but do not think the same burden should fall on the Ninth Circuit). It is unclear why the requests were not made in a single document; and therefore, the requests shall be made in one document unless justification is provided showing a need for separate requests.

1

Further, I question counsel's mere reference to the explanation they gave someone in the Administrative Office for the United States Courts as satisfying the requirement of what they must show to justify approval of their expenditure requests. Therefore, the requests are returned; counsel shall consider my concerns in any resubmitted request. This response is filed on the public docket since it does not disclose the content of their requests.

Dated: September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge